IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW R. MAKI,<br><br>Defendant. | 9:20-po-5032-KLD<br>Citation FBDW00EG<br><br>ORDER TO VACATE AND DISMISS |
|---|---|

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the trial set for April 28, 2022, in the above cases is vacated.

IT IS FURTHER ORDERED that citation FBDW00EG is dismissed pursuant to the plea agreement reached in 9:21-po-5031-KLD.

Dated this 11th day of April, 2022.

KATHLEEN L. DESOTO
United States Magistrate Judge

1